FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 JAN 26  P 12: 29  CC

CAROL L. MICHEL
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# FELONY

### INDICTMENT FOR CARJACKING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-15 |
| v. | * | SECTION: SECT. D MAG. 5 |
| KYREN WASHINGTON | * | VIOLATIONS: 18 U.S.C. § 2119(1) |

                        \*   \*   \*

The Grand Jury charges that:

### COUNT 1

On or about October 10, 2022, in the Eastern District of Louisiana, the defendant, **KYREN WASHINGTON**, attempted to take a motor vehicle, that is, a Honda Civic, bearing Texas license plate FMY6658, Vehicle Identification Number (VIN) 2HGFG2A57AH701239, that had been transported, shipped, and received in interstate commerce from the person and presence of C.C. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

## **NOTICE OF FORFEITURE**

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **KYREN WASHINGTON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(5), any property, real or personal, involved in said offense, and any property traceable to such property.

3. As a result of the offense alleged in Count 1, the defendant, **KYREN WASHINGTON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

> Smith & Wesson M&P9, 9mm firearm, bearing serial number NBY0254, and ammunition;
>
> Glock 19X, 9mm firearm bearing serial number AFLV506, with magazine loaded with ammunition;
>
> Glock 22, .40 caliber firearm, bearing serial number BECW237.

4. If any of the above-described property, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third person;
>
> c. has been placed beyond the jurisdiction of the Court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

INGA PETROVICH
Assistant United States Attorney
New Orleans, Louisiana
January 26, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
Eastern District of Louisiana
Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## KYREN WASHINGTON

## INDICTMENT
### FOR CARJACKING

**VIOLATION: 18 U.S.C. § 2119(1)**

A true ▮

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_Inga Petrovich_
**INGA PETROVICH**
Assistant United States Attorney